1018

[Nos. 2554–3; 2583–3;     Division Three.     February 6, 1979.]
2987–3.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
SPINO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DIXON
MIKE YALLUP, *Appellant*.

*In the Matter of the Personal Restraint of*
WILLIAM SPINO, *Petitioner*.

Appeals from judgments of the Superior Court for
Yakima County, Nos. 77–1–00324–6, 77–1–0038–6, Howard
Hettinger and Carl L. Loy, JJ., entered September 8 and
October 4, 1977. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff and Roe, JJ.

[No. 2596–3.   Division Three.   February 6, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L.
DORAIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 77–1–00284–3, Cameron K. Hopkins,
J. Pro Tem., entered October 3, 1977. *Affirmed* by unpub-
lished opinion per Munson, J., concurred in by Green, C.J.,
and McInturff, J.

[No. 2258–3.   Division Three.   February 8, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY
HUSTON, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 24820, Del Cary Smith, Jr., J.,
entered December 30, 1976. *Affirmed* by unpublished opin-
ion per McInturff, J., concurred in by Green, C.J., and
Munson, J.